# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR TARPLEY, | ) | |
| Petitioner, | ) | Civil Action No. 15-345 |
| | ) | |
| v. | ) | Magistrate Judge Robert C. Mitchell/ |
| | ) | District Judge Nora Barry Fischer |
| NANCY GIROUX and THE ATTORNEY | ) | |
| GENERAL OF THE STATE OF | ) | |
| PENNSYLVANIA, | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

NORA BARRY FISCHER, United States District Judge.

In a Report and Recommendation [ECF No. 20] filed on May 19, 2015, it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied. Petitioner was served with a copy of the Report and Recommendation and was granted until June 5, 2015 to file objections to the Report and Recommendation and filed objections thereto on June 2, 2015. *See* Obj. [ECF No. 21].

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

AND NOW this 5th day of June, 2015,

IT IS HEREBY ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

sNora Barry Fischer
Nora Barry Fischer
United States District Judge

1

cc: The Honorable Robert C. Mitchell
United States District Court
Western District of Pennsylvania

Victor Tarpley
KJ 8449
S.C.I. Albion
10745 PA-18
Albion, PA 16475-0002